# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

DALE WAYNE GREEN

VERSUS

JAMES D. CALDWELL, ET AL

CIVIL ACTION

NO. 08-519-A-M2

## ORDER

On August 19, 2008, petitioner, Dale Wayne Green, filed a petition for a writ of habeas corpus. (R. Doc. 1). On January 15, 2009, the Court sent petitioner a letter directing him to pay the requisite filing fee or to file a pauper affidavit and statement of account. (R. Doc. 2). According to that letter, the deadline for petitioner to comply with the directives of the Court was January 30, 2009. As of this date, the petitioner has failed to comply by taking any of the actions directed by the Court.

Accordingly;

**IT IS ORDERED** that the petitioner's application for a writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this _11th_ day of _MARCH_____, 2009.

JAMES J. BRADY
U.S.D.J.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE